# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

PARADISE FAMILY, LLC, as owner,
ANOTHER DAY IN PARADISE BOAT
CLUB, LLC and SARAH ZIELKE, as
owners *pro hac vice*, *etc.*, in a cause of
exoneration or limitation of liability,

    Petitioners,

v.      Case No: 8:20-cv-1452-T-02CPT

PIRATE WATER TAXI, LLC,

    Claimant.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Doc. 45)** that the above-styled action has been settled as to Claimant Pirate Water Taxi, LLC. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on December 17, 2020.

                                                        s/*William F. Jung*
                                                        **WILLIAM F. JUNG**
                                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record